IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MATTHEW D. SULEPHEN**                          **PLAINTIFF**

v.               **CASE NO. 1:17-CV-00113 BSM**

**NANCY BERRYHILL,**
**Deputy Commissioner for Operations,**
**performing the duties and functions not reserved**
**to the Commissioner of Social Security**            **DEFENDANT**

## ORDER

The recommended disposition [Doc. No. 12] submitted by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful consideration, the recommended disposition is adopted in its entirety, the commissioner's decision is affirmed, and plaintiff Matthew Sulephen's complaint is dismissed with prejudice.

IT IS SO ORDERED this 6th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE